UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
8TH JUDICIAL CIRCUIT
CIVIL DIVISION

JODY SHACKELFORD,                                                                                    PLAINTIFF,

v.                                  CASE NO.: 3:24-CV-00123-JM

MORGAN & MORGAN

COMPLEX LITIGATION SERVICES, P.A.,                                                  DEFENDANT.

JURY TRIAL DEMANDED

### RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND

Comes now Plaintiff, for his Response in Opposition to Defendant's Motion for Extension of Time to Respond ("Motion"), states:

1. This Court has jurisdiction and venue is proper.

2. The Plaintiff, Mr. Jody Shackelford, opposes the defendant's motion for an extension of time to respond to the complaint. (Attached Exhibit A).

3. The request for an extension lacks the necessary showing of good cause or excusable neglect, as required under Federal Rule of Civil Procedure 6(b).

1

4.      The defendant has not demonstrated sufficient reasons for the delay in retaining counsel or the need for additional time, especially given the timeline of events.

## No Excusable Neglect

5.      There is no excusable neglect justified by the Defendant's Motion.

6.      The defendant was served with the complaint on July 29, 2024, giving them ample time to respond by the original deadline of August 19, 2024. (Attached Exhibit B).

7.      According to Defendant's Motion, the defendant, the self-professed largest law firm in the nation, waited until August 14, 2024—just five days before the deadline—to retain counsel.

8.      This delay in securing representation is a result of the defendant's own lack of diligence and does not constitute "excusable neglect."

## No Good Cause

9.      Rule 6 of the Federal Rules of Civil Procedure permit the extension of time only for good cause.

10.     Here there is lack of good cause that would warrant the granting of an extension of time.

10.     The defendant has not provided a sufficient explanation for why they delayed in securing counsel until nearly two weeks after being served.

11.     This delay reflects a lack of diligence, not circumstances beyond the defendant's control.

12. The court should deny an extension of time when no adequate showing of good cause is made, as seen in *In re Buckingham Super Markets, Inc.*; Here, the defendant's actions do not meet the threshold for good cause. (Please see Brief in support of Plaintiff's Response in Opposition to Defendant's Motion.)

## Prejudice to the Plaintiff

13. Plaintiff continues to suffer prejudice from Defendant daily because the Defendant continues its wrongful deceptive trade practices and unfair trade practices as alleged in the Complaint, incorporated here as if stated word for word.

14. Granting the extension would unfairly prejudice the plaintiff by delaying the proceedings without just cause.

15. The plaintiff has a right to a timely resolution of the case, and the defendant's lack of diligence should not impede this right.

16. Plaintiff is prejudiced by Defendant's wrongful business practices because their conduct continues to harm Plaintiff's business as described in the Complaint, incorporated here as if stated word for word.

17. The defendant's motion for an extension of time should be denied because the defendant has failed to show good cause or excusable neglect for the requested delay.

18. The timeline of events demonstrates that the defendant had ample opportunity to respond within the original timeframe and that the delay is a result of

their own lack of diligence; Therefore, the court should exercise its discretion to deny the motion and hold the defendant to the original deadline.

**WHEREFORE** , Plaintiff, Jody Shackelford, respectfully requests that this Honorable Court deny Defendant Morgan & Morgan Complex Litigation Services, P.A.'s Motion for Extension of Time to Respond to the Complaint. Plaintiff further requests that the Court hold Defendant to the original deadline of August 19, 2024, for filing a responsive pleading or motion, and grant such other and further relief as the Court deems just and proper.

>Respectfully submitted,
>Jody Shackelford,
>Plaintiff, Pro Se
>
>BY:    /s/ Jody Shackelford
>
>Jody L. Shackelford, Esq.
>AR Bar #: 2019037
>58 Isleta Drive
>Cherokee Village, Arkansas 72529
>Phone: (870) 847-2120
>Fax: 870-466-7704
>Email: jodyshackelford@me.com

CERTIFICATE OF SERVICE

I, Jody L. Shackelford, I hereby certify that on this 16th day of August, 2024, filed a copy of the foregoing with the Clerk of Court using the CM/ECF electronic filing system, which shall send electronic notification of such filing to all counsel of record:

Steven W. Quattlebaum (Ark. Bar No. 84127) E. B. Chiles IV (Ark. Bar No.

2002163) S. Katie Calvert (Ark. Bar No. 2019117) QUATTLEBAUM, GROOMS & TULL PLLC 111 Center Street, Suite 1900 Little Rock, AR 72201 Telephone: (501) 379-1700 Facsimile: (501) 379-1701 quattlebaum@qgtlaw.com cchiles@qgtlaw.com kcalvert@qgtlaw.com

          BY:   <u>/s/ Jody Shackelford</u>

          Jody L. Shackelford, Esq.

          AR Bar #: 2019037

Exhibit A

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JODY SHACKELFORD                                                                                          PLAINTIFF

v.                                        CASE NO. 3:24-CV-00123-JM/JJV

MORGAN & MORGAN
COMPLEX LITIGATION SERVICES, P.A.                                                        DEFENDANT

## MOTION FOR EXTENSION OF TIME TO RESPOND

Morgan & Morgan Complex Litigation Services, P.A. ("Defendant"), for its Motion for Extension of Time to Respond, states as follows:

1.   Jody Shackelford ("Plaintiff") filed this action on July 17, 2024, and served Defendant on July 29, 2024. *See* Dkt. No. 1. Accordingly, Defendant's time for filing a pleading or motion responsive to Plaintiff's Complaint is August 19, 2024.

2.   Defendant retained undersigned counsel in this action on August 14, 2024, five (5) days before the responsive deadline.

3.   Due to other obligations of counsel, and to allow counsel sufficient time to review the Complaint, consider the claims at issue, and formulate a response, Defendant respectfully requests a brief extension of time to respond.

4.   Defendant requests an extension of time of eleven (11) days to file its response to the Complaint; specifically, Defendant requests that the time by which to file its response, including any motions pursuant to Fed. R. Civ. P. 12(b), be extended until and including August 30, 2024.

5.   Counsel for Defendant contacted Plaintiff, appearing *pro se*, with regard to Defendant's request for an extension of time. Plaintiff has communicated that he is opposed.

1

6. In accordance with Local Rule 7.2, no brief in support of this motion is required and, therefore, a brief is not being submitted.

7. In accordance with Local Rule 6.2, Defendant respectfully requests that this Court extend until and including August 30, 2024, the time by which it must file its response to Plaintiff's Complaint, whether by pleading or motion, and preserving by the extension of time all objections and defenses now available.

WHEREFORE, Morgan & Morgan Complex Litigation Services, P.A. respectfully seeks an extension of time until and including August 30, 2024, by which to file its response to Plaintiff's Complaint.

Respectfully submitted,

Steven W. Quattlebaum (Ark. Bar No. 84127)
E. B. Chiles IV (Ark. Bar No. 2002163)
S. Katie Calvert (Ark. Bar No. 2019117)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
quattlebaum@qgtlaw.com
cchiles@qgtlaw.com
kcalvert@qgtlaw.com

By: *S. Katie Calvert*
  S. Katie Calvert

*Attorneys for Morgan & Morgan Complex Litigation Services, P.A.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2024, I filed a copy of the foregoing with the Clerk of Court using the CM/ECF electronic filing system, which shall send electronic notification of such filing to all counsel of record.

By: *S. Katie Calvert*
S. Katie Calvert

# Exhibit B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**8TH JUDICIAL CIRCUIT**
**CIVIL DIVISION**

JODY SHACKELFORD,                                                                PLAINTIFF,

v.                              CASE NO.: 3:24-CV-00123-JM

MORGAN & MORGAN
COMPLEX LITIGATION SERVICES, P.A.,                                  DEFENDANT.

JURY TRIAL DEMANDED

**PROOF OF SERVICE**

**Method of Service:** Certified Mail, Return Receipt Requested, Restricted Delivery

COMES NOW, Plaintiff Jody Shackelford, for his Proof of Service of Process, and states as follows:

1. On July 29, 2024, I served the Summons and Complaint in the above-referenced case on the registered agent of the defendant, Morgan and Morgan Complex Litigation Services, P.A. ("Morgan and Morgan").

2. The registered agent for Morgan and Morgan, The Corporation Company, located at 124 W. Capitol Ave., Little Rock, AR 72201, was served by certified mail, return receipt requested, restricted delivery.

3. The delivery was confirmed by the return receipt, which was signed by the agent of The Corporation Company on July 29, 2024. A copy of the signed return receipt is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of Arkansas that the foregoing is true and correct.

**Date:** August 2, 2024

       Respectfully submitted,

       Jody Shackelford,
       Plaintiff, Pro Se

BY:    */s/ Jody Shackelford*

       Jody L. Shackelford, Esq.
       AR Bar #: 2019037
       58 Isleta Drive
       Cherokee Village, Arkansas 72529
       Phone: (870) 847-2120
       Fax: 870-466-7704
       Email: jodyshackelford@me.com

**CERTIFICATE OF SERVICE**

I, Jody L. Shackelford, do hereby state that I have on this 2nd day of August 2024, served a true and correct copy of the above and foregoing by U.S. mail to the

Defendant's Registered Agent below:

MORGAN & MORGAN

COMPLEX LITIGATION SERVICES, P.A., c/o

THE CORPORATION COMPANY

Agent Address

124 WEST CAPITOL AVENUE SUITE 1900 LITTLE ROCK, AR 72201

                BY:   */s/ Jody Shackelford*

                          Jody L. Shackelford, Esq.

                          AR Bar #: 2019037

Exhibit A



4