IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JODY SHACKELFORD                                                                                    PLAINTIFF

v.                                    CASE NO. 3:24-cv-00123-JM/JJV

MORGAN & MORGAN
COMPLEX LITIGATION SERVICES, P.A.                                                  DEFENDANT

## MOTION TO DISMISS

Morgan & Morgan Complex Litigation Services, P.A. ("Defendant"), for its Motion to Dismiss Jody Shackelford's ("Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), states:

1. Defendant, a law firm, advertises its legal services through various forms of media, including television advertisements. Defendant's television advertisements are aired in Arkansas. *See* Dkt. No. 1.

2. Plaintiff filed his Complaint against Defendant on July 17, 2024, alleging that: 1) Defendant's television advertisements contain testimonials and dramatizations, purportedly in violation of Rule 7.2 of the Arkansas Rules of Professional Conduct; 2) Defendant's advertisements have misled Arkansas consumers by implying that testimonials and dramatizations are an acceptable form of advertisement; 3) Defendant has violated the Federal Trade Commission Act, 15 U.S.C. § 45(a) ("FTCA"), which prohibits the broadcast of "false or misleading advertising"; and 4) Defendant's actions have harmed Plaintiff in that Defendant's advertisements have diverted potential clients away from Plaintiff, a competing law firm. *See* Dkt. No. 1.

3. Here, federal question jurisdiction is based on Defendant's purported violation of the FTCA. *See* Dkt. No. 1, ¶ 3.

4.	There is no private right of action for purported violations of the FTCA. *See, e.g., In re SuperValu, Inc.*, 925 F.3d 955, 963 (8th Cir. 2019).

5.	Plaintiff cannot invoke the jurisdiction of this Court by alleging a purported violation of the FTCA; therefore, the Complaint should be dismissed for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).

6.	As there is no private right of action for purported violations of the FTCA, the Complaint should also be dismissed for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

7.	Further, there is no private right of action for purported violations of the Arkansas Rules of Professional Conduct. *See, e.g., Orsini v. Larry Moyer Trucking, Inc.*, 310 Ark. 179, 183, 833 S.W.2d 366, 369 (1992). The Complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

8.	Plaintiff has also failed to allege a cognizable injury. The Complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1) or 12(b)(6).

9.	A Brief in Support of Motion to Dismiss is filed contemporaneously and incorporated herein by reference.

WHEREFORE, Morgan & Morgan Complex Litigation Services, P.A. respectfully requests that this Court enter an order dismissing the Complaint with prejudice, and for all other relief to which Defendant may be entitled.

Steven W. Quattlebaum (Ark. Bar No. 84127)
E. B. Chiles IV (Ark. Bar No. 2002163)
S. Katie Calvert (Ark. Bar No. 2019117)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
(501) 379-1700 Telephone
(501) 379-1701 Facsimile
quattlebaum@qgtlaw.com
cchiles@qgtlaw.com
kcalvert@qgtlaw.com

*Attorneys for Morgan & Morgan Complex Litigation Services, P.A.*