IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JODY SHACKELFORD PLAINTIFF

v. CASE NO. 3:24-cv-00123-JM/JJV

MORGAN & MORGAN
COMPLEX LITIGATION SERVICES, P.A. DEFENDANT

**MOTION TO DISMISS**

Morgan & Morgan Complex Litigation Services, P.A. ("Defendant"), for its Motion to Dismiss Jody Shackelford's ("Plaintiff") Amended Complaint ("Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6), states:

1. Defendant advertises its legal services through various forms of media, including television advertisements. Defendant's television advertisements are aired in Arkansas. *See* Dkt. No. 12.

2. Plaintiff filed his Complaint against Defendant alleging that Defendant's advertisements violate the Lanham Act, 15 U.S.C. § 1125(a), the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962, and, as a direct result of Defendant's advertisements, that Defendant is liable for fraud, misrepresentation, negligence per se, and negligence under Arkansas law. *See* Dkt. No. 12.

3. Plaintiff's claims are based on Defendant's purported violation of Rule 7.2 of the Arkansas Rules of Professional Conduct.

4. There is no private right of action for a purported violation of the Arkansas Rules of Professional Conduct, nor are the Arkansas Rules of Professional Conduct intended to serve as the basis for civil liability. *See, e.g., Orsini v. Larry Moyer Trucking, Inc.*, 310 Ark. 179, 183, 833 S.W.2d 366, 369 (1992).

5. Plaintiff cannot create civil liability where none exists by basing another cause of action on a purported violation of the Arkansas Rules of Professional Conduct. *See Allen v. Allison*, 356 Ark. 403, 413-14, 155 S.W.3d 682, 690 (2004).

6. Further, as an independent basis for dismissal, each of Plaintiff's substantive claims are legally deficient on their face and Plaintiff cannot articulate any facts that would entitle him to relief.

7. The Complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

8. A Brief in Support of Motion to Dismiss is filed contemporaneously and incorporated herein by reference.

WHEREFORE, Morgan & Morgan Complex Litigation Services, P.A. respectfully requests that this Court enter an order dismissing the Complaint with prejudice, and for all other relief to which Defendant may be entitled.

Steven W. Quattlebaum (Ark. Bar No. 84127)
E. B. Chiles IV (Ark. Bar No. 2002163)
S. Katie Calvert (Ark. Bar No. 2019117)
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
(501) 379-1700 Telephone
(501) 379-1701 Facsimile
quattlebaum@qgtlaw.com
cchiles@qgtlaw.com
kcalvert@qgtlaw.com

*Attorneys for Morgan & Morgan Complex Litigation Services, P.A.*