**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**8TH JUDICIAL CIRCUIT**
**CIVIL DIVISION**

JODY SHACKELFORD, PLAINTIFF,

v. CASE NO.: 3:24-CV-00123-JM

MORGAN & MORGAN
COMPLEX LITIGATION SERVICES, P.A., DEFENDANT

**PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS**

Plaintiff Jody Shackelford, Attorney at Law, pursuant to Rule 36 of the Federal Rules of Civil Procedure, requests that Defendant Morgan & Morgan Complex Litigation Services, P.A. respond to the following requests for admissions within 30 days of service:

**DEFINITIONS**

1. "Advertisement": Any form of public communication, including but not limited to television, radio, online platforms, print media, and social media, used for marketing or promoting legal services.



EXHIBIT
1

2. "Dramatization": Any depiction or re-enactment of events or scenarios in advertisements that are not real but are intended to illustrate a point or convey a message.
3. "Client Testimonial": Any statement, endorsement, or review made by a client or purported client regarding the quality or results of legal services provided by Morgan & Morgan.
4. "Arkansas Rule of Professional Conduct 7.2": The professional rule governing attorney advertisements in the State of Arkansas, which prohibits client testimonials and dramatizations.
5. "FCC Rules": Regulations established by the Federal Communications Commission, including but not limited to rules prohibiting false or misleading advertising.

**Request for Admission No. 1**: Admit that Morgan & Morgan engages in advertising campaigns across multiple states, including Arkansas.

**Request for Admission No. 2**: Admit that Morgan & Morgan's advertisements include client testimonials.

**Request for Admission No. 3**: Admit that Morgan & Morgan's advertisements include dramatizations.

**Request for Admission No. 4**: Admit that Morgan & Morgan's advertisements are broadcast on television stations in Arkansas.

**Request for Admission No. 5**: Admit that Morgan & Morgan's advertisements are broadcast on radio stations in Arkansas.

**Request for Admission No. 6**: Admit that Morgan & Morgan's advertisements are published on online platforms accessible in Arkansas.

**Request for Admission No. 7**: Admit that Morgan & Morgan's advertisements in Arkansas include disclaimers such as "DRAMATIZATION" and "ACTUAL CLIENT."

**Request for Admission No. 8**: Admit that Arkansas Rule of Professional Conduct 7.2 prohibits client testimonials in attorney advertisements.

**Request for Admission No. 9**: Admit that Arkansas Rule of Professional Conduct 7.2 prohibits dramatizations in attorney advertisements.

**Request for Admission No. 10**: Admit that Morgan & Morgan's advertisements containing client testimonials and dramatizations violate Arkansas Rule of Professional Conduct 7.2.

**Request for Admission No. 11**: Admit that Morgan & Morgan has received complaints or inquiries regarding the compliance of their advertisements with Arkansas Rule of Professional Conduct 7.2.

**Request for Admission No. 12**: Admit that Morgan & Morgan has continued to broadcast advertisements containing client testimonials and dramatizations in Arkansas after receiving complaints or inquiries about compliance with Arkansas Rule of Professional Conduct 7.2.

**Request for Admission No. 13**: Admit that Morgan & Morgan's advertisements imply compliance with Arkansas advertising rules.

**Request for Admission No. 14**: Admit that Morgan & Morgan's advertisements imply compliance with FCC rules.

**Request for Admission No. 15**: Admit that Morgan & Morgan's advertisements mislead Arkansas consumers into believing that client testimonials and dramatizations are permissible in attorney advertising in Arkansas.

**Request for Admission No. 16**: Admit that Morgan & Morgan's advertisements have led Arkansas consumers to retain Morgan & Morgan's services.

**Request for Admission No. 17**: Admit that Morgan & Morgan's advertisements have diverted potential clients from Arkansas attorneys and law firms.

**Request for Admission No. 18**: Admit that Morgan & Morgan's advertising practices constitute unfair trade practices under the Federal Trade Commission Act.

**Request for Admission No. 19**: Admit that Morgan & Morgan's advertising practices constitute deceptive trade practices under the Federal Trade Commission Act.

**Request for Admission No. 20**: Admit that Morgan & Morgan's conduct has caused harm to Plaintiff, including loss of market share.

**Request for Admission No. 21**: Admit that Morgan & Morgan's conduct has caused harm to Plaintiff, including damage to reputation.

**Request for Admission No. 22**: Admit that Morgan & Morgan's conduct has caused harm to Plaintiff, including unfair competition.

**Request for Admission No. 23**: Admit that Morgan & Morgan's conduct was willful and deliberate.

**Request for Admission No. 24**: Admit that John B. Morgan, as founder and principal attorney of Morgan & Morgan, is responsible for approving and authorizing the advertising campaigns.

**Request for Admission No. 25**: Admit that John B. Morgan has the authority to modify or cease the advertising campaigns.

**Request for Admission No. 26**: Admit that Morgan & Morgan has a duty to follow the Arkansas Rules of Professional Conduct Rule 7.2,

**Request for Admissions No. 27:** Admit Morgan & Morgan willfully violated the rule by broadcasting the ads in direct violation of Rule 7.2, while knowing or they should have known, that it would harm competing lawyers in the legal advertising market such as Plaintiff in the State of Arkansas.

**Request for Admissions No. 28:** Admit that Morgan & Morgan uses actors in their television commercials aired in Arkansas.

**Request for Admissions No. 29:** Admit that the advertisements aired on Arkansas television depicting "Miss More" was a dramatization.

**Request Admissions No. 30:** Admit that Morgan & Morgan earned millions of dollars in fees flowing from clients who hired Morgan & Morgan because of their illicit advertising to the exclusion of Plaintiff and similarly situated Arkansas attorneys.

Dated: 7/26/24
Respectfully submitted,
Jody Shackelford,
Plaintiff, Pro Se

BY: /s/ Jody Shackelford

Jody L. Shackelford, Esq.
AR Bar #: 2019037
58 Isleta Drive
Cherokee Village, Arkansas 72529
Phone: (870) 847-2120
Fax: 870-466-7704
Email: jodyshackelford@me.com

**CERTIFICATE OF SERVICE**

I, Jody L. Shackelford, do hereby state that I have on this 26h day of July 2024, served a true and correct copy of the above and foregoing by U.S. mail, certified, delivery confirmation, return receipt requested, restricted, to the Defendant's Registered Agent below:

MORGAN & MORGAN

COMPLEX LITIGATION SERVICES, P.A., c/o

THE CORPORATION COMPANY

Agent Address

124 WEST CAPITOL AVENUE SUITE 1900 LITTLE ROCK, AR 72201

BY: /s/ Jody Shackelford
Jody L. Shackelford, Esq.
AR Bar #: 2019037